IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

TERRY W. EMMERT                          )
and INTERNATIONAL SPORTS                 )
TRAINING CENTER,                         )
                                         )
            Plaintiffs,                  )      TC-MD 130260D
                                         )
      v.                                 )
                                         )
LANE COUNTY ASSESSOR,                    )
                                         )
                                         )
            Defendant.                   )      **DECISION OF DISMISSAL**

      This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

      A case management conference was scheduled at 10:00 a.m. on May 21, 2013, to

consider Plaintiffs' appeal. On May 3, 2013, the court sent notice of the scheduled case

management conference to Plaintiffs at the address Plaintiffs provided to the court. The notice

was not returned as undeliverable. The notice advised that if Plaintiffs did not appear, the court

might dismiss the appeal.

      On May 21, 2013, the court sent Plaintiffs a letter which explained the importance of

diligently pursuing an appeal. That letter was not returned as undeliverable. The letter advised

that if Plaintiffs did not provide a written explanation by June 4, 2013, for their failure to appear,

the court would dismiss the appeal. As of this date, Plaintiffs have not submitted a written

response to the court explaining their failure to appear at the May 21, 2013, case management

conference. Under such circumstances, the court finds the appeal must be dismissed for lack of

prosecution. Now, therefore,

/ / /

DECISION OF DISMISSAL  TC-MD 130260D                                                    1

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of June 2013.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision was signed by Presiding Magistrate Jill A. Tanner on June 10, 2013. The court filed and entered this Decision on June 10, 2013.*